# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

MICHAEL ALLEN KOKOSKI,

        Petitioner,

v.                                                                             CIVIL ACTION NO. 5:07-0145

HATTIE SMALL, Acting Warden,
FCI Beckley,

        Respondent.

## ORDER

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Petitioner's Petition for a Writ of Habeas Corpus and the following motions filed by Petitioner: Motion for Judgement (# 26), Motion for Judgment and to Expedite Case (# 28), Motion for Judgment to Restore 27 Days Good Time (# 29), Motion for Leave to File Another Motion for Favorable Judgment (# 38), Another Motion for Favorable Judgment (# 39), Motion for Immediate Release (# 43), Motion for Leave to File Motion for Protective Order (# 45), Motion for Protective Order (# 46), and Motion for Leave to File Traverse and Motion for Immediate Consideration (# 50), and to dismiss this civil action from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Petitioner's Petition for a Writ of Habeas Corpus and the

following motions filed by Petitioner: Motion for Judgement (# 26), Motion for Judgment and to Expedite Case (# 28), Motion for Judgment to Restore 27 Days Good Time (# 29), Motion for Leave to File Another Motion for Favorable Judgment (# 38), Another Motion for Favorable Judgment (# 39), Motion for Immediate Release (# 43), Motion for Leave to File Motion for Protective Order (# 45), Motion for Protective Order (# 46), and Motion for Leave to File Traverse and Motion for Immediate Consideration (# 50). The Court further **DISMISSES** this civil action from the docket of the Court consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented parties.

ENTER: August 5, 2008

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE